**Motion Granted and Order filed April 24, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00984-CV
_____

**JUNG JU CHANGE, Appellant**

**V.**

**H-MART HOUSTON, INC., Appellee**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1035736**

## O R D E R

Appellant's brief was due **January 6, 2014.** No brief or motion for extension of time was filed. On January 16, 2014, appellant was ordered to file a brief on or before February 18, 2014. On February 18, 2014, appellant filed a motion for extension of time that was granted until March 20, 2014. On March 20, 2014, appellant filed a second motion for extension of time. That motion was granted until April 21, 2014. On April 21, 2014, appellant filed a third motion for

extension of time, requesting another 30 days. We grant the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **May 21, 2014**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).


PER CURIAM